# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1602
LT Case No. 2024-11408-CIDL

_____

WANDA VAN DAM,

    Appellant,

    v.

OSTEEN ACQUISITIONS GROUP,
LLC, CLIFFORD B. SHEPARD,
ESQUIRE, SHEPARD, SMITH,
KOHLMYER & HAND, P.A., and
HENRY R. HARDY,

    Appellees.

_____


Nonfinal appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Shai Ozery, of Hartsell Ozery, P.A., Pompano Beach, for
Appellant.

J. Christy Wilson, III, of J.C. Wilson & Associates, P.A., Orlando,
for Appellee, Osteen Acquisitions Group, LLC.

Mark D. Tinker and Michael V. Andriano, of Cole, Scott &
Kissane P.A., Orlando, for Appellees, Clifford B. Shepard,
Esquire, and Shepard, Smith, Kohlmyer & Hand, P.A.

No Appearance for Remaining Appellee.

May 21, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

---

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

---